**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6781**

MARK FAREWELL,

               Plaintiff - Appellant,

     v.

JAMES HINGELEY, public defender; ELIZABETH MURTAGH, deputy
public defender,

               Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   James C. Cacheris, Senior
District Judge.   (1:14-cv-00391-JCC-TCB)

Submitted:  November 20, 2014     Decided:  November 24, 2014

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mark Farewell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Farewell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Farewell v. Hingeley, No. 1:14-cv-00391-JCC-TCB (E.D. Va. May 1, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED